

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-13-00352-CR

RODERICK SUITERS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the County Court
Falls County, Texas
Trial Court No. 12-09087, Honorable R. S. Sharp, Presiding

February 24, 2014

## ON ABATEMENT AND REMAND

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant Roderick Suiters appeals from his conviction for assault. The clerk's record has been filed. On December 15, 2013, the court reporter moved for an extension of time to file the reporter's record. The motion was granted, and the deadline was moved from November 4, 2013 to December 31, 2013. Thereafter, the reporter once again moved for an extension, which motion was granted. The new deadline was set as January 28, 2014, and the reporter was told that no other extensions would be granted. So too was the reporter told that the matter would be

abated if the January 28th deadline was not met. To date no reporter's record has been filed. Nor has the reporter responded to the most recent communications from our clerk's office.

Accordingly, we abate the appeal and remand the cause to the County Court of Falls County (trial court) for further proceedings. Upon remand, the trial court shall immediately cause notice of a hearing to be given and, thereafter, conduct a hearing to determine:

> when the reporter's records can reasonably be transcribed into written form and filed in a manner that does not further delay the prosecution of this appeal or have the practical effect of depriving the appellant of his right to appeal.

The trial court shall cause the hearing to be transcribed. So too shall it 1) execute findings of fact and conclusions of law addressing the foregoing issue, 2) cause to be developed a supplemental clerk's record containing its findings of fact and conclusions of law and all orders it may issue as a result of its hearing in this matter, and 3) cause to be developed a reporter's record transcribing the evidence and arguments presented at the aforementioned hearing, if any. Additionally, the district court shall then file the supplemental clerk's and reporter's records transcribing the hearing with the clerk of this court on or before March 14, 2014. Should further time be needed by the trial court to perform these tasks, then same must be requested before March 14, 2014.

It is so ordered.

Per Curiam

Do not publish.